# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CLARENCE ANDERSON**                                                                         **PLAINTIFF**
**ADC #165441**

v.                            **CASE NO. 3:20-CV-00102 BSM**

**MARTY BOYD et al.**                                                                         **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 4] is adopted, and this case is dismissed without prejudice. Clarence Anderson's motion to proceed *in forma pauperis* [Doc. No. 3] is denied. If Anderson wishes to proceed, he must submit the filing fee of $400, together with a motion to reopen the case, within ten days.

IT IS SO ORDERED this 21st day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE