IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CLARENCE ANDERSON**  **PLAINTIFF**
**ADC #165441**

v.   CASE NO. 3:20-CV-00102 BSM

**MARTY BOYD et al.**  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE